**EXHIBIT – A**

## IN THE CIRCUIT COURT OF THE STATE OF OREGON

## FOR THE COUNTY OF LANE

| | |
|---|---|
| **KENNETH DEGROFF,** | ) Case No. |
| Plaintiff, | ) **COMPLAINT – STRICT PRODUCTS LIABILITY** |
| v. | ) |
| **MILWAUKIE ELECTRIC TOOL CORPORATION and HOME DEPOT INC.** | ) Amount in Controversy: $640,617.41 <br> ) Fee Authority: ORS 21.160(1)(c) |
| Defendants. | ) (NOT Subject to Mandatory Arbitration) |
| | ) Demand for Jury Trial |

1.

Plaintiff Kenneth DeGroff works in construction. On April 20, 2022, he was opening a Milwaukie Fastback Utility Knife, manufactured by Milwaukie Electric Tool Corporation, and sold and distributed by Home Depot Inc. The utility knife is packaged with the blade extended and unsheathed. When Plaintiff DeGroff ripped open the carboard packaging, the exposed blade slashed Plaintiff DeGroff's left wrist.

2.

At all material times, Defendant Milwaukie Electric Tool Corporation is a business corporation, doing business as Milwaukie, manufacturing and selling good and products, including the incident "Fastback Utility Knife" in Lane County.

Page 1 – COMPLAINT

3.

At all material times, Defendant Home Depot Inc. is a business corporation, doing sustained business as Home Depot, selling good and products, including the incident Milwaukie "Fastback Utility Knife," throughout the state of Oregon as part of its ordinary course of business.

4.

Plaintiff Degroff is a resident of Lane County, Oregon.

## FIRST CLAIM FOR RELIEF
### (STRICT PRODUCTS LIABILITY – ORS 30.900)

5.

Plaintiff Kenneth DeGroff had purchased the "Fastback Utility Knife" from Home Depot in 2022.

6.

The "Fastback Utility Knife" was packaged with the blade exposed and unsheathed.

7.

Prior to April 20, 2022, the incident "Fastback Utility Knife" was unused and in new condition, as purchased from Defendant Home Depot.

8.

On April 20, 2022, while Plaintiff was attempting to open the "Fastback Utility Knife" in its original packaging, the unsheathed and exposed blade slashed Plaintiff's left wrist, causing a severe injury requiring urgent medical attention.

9.

Plaintiff DeGroff suffered a left wrist laceration, tendon laceration and tear, and nerve damage associated with the incident.

///

Page 2 – COMPLAINT

CHENG LAW, LLC
50 SW Pine Street, Suite 401
Portland, OR 97204
(971) 770-2053

10.

Plaintiff DeGroff's injuries will cause permanent impairment.

11.

Defendants are strictly liable under ORS 30.900 for manufacturing, designing, distributing, and selling the "Fastback Utility Knife" in an unreasonably dangerous and defective condition, in one or more of the following particulars:

a) In failing to package the "Fastback Utility Knife" in a safe manner;

b) In failing to sheath the "Fastback Utility Knife" in the packaging;

c) In failing to provide a protective covering for the exposed blade in the packaging;

d) In failing to warn users of the inherent dangers of opening the "Fastback Utility Knife;"

e) In failing to follow industry standard in packaging knives.

12.

The fault of Defendants caused Plaintiff DeGroff to suffer medical injuries approximating in medical bills of $40,617.41, past and future wage loss and earning capacity in the approximate amount of $200,000; all to his total economic damages of approximately $240,617.41. Plaintiff DeGroff reserves the right to amend the damages based on evidence discovered in litigation and presented at trial.

13.

As a further result of Defendant's fault, Plaintiff DeGroff has endured pain and his activities of daily living have been adversely affected, all to his non-economic damage in the amount of $400,000.00.

WHEREFORE, Plaintiff prays that judgment be entered against Defendants as follows:

a) Plaintiff be awarded $240,617.41 in economic damages;

b) Plaintiff be awarded $400,000.00 in non-economic damages;

c) Plaintiff be awarded punitive damages in an amount to be determined by a jury;

Page 3 – COMPLAINT

d) Plaintiff be awarded prevailing party fees, costs, and disbursements herein;

e) Plaintiff be awarded other and further relief as this court deems just and equitable.

DATED this 16th day of April, 2024.

s/Ron K. Cheng
Ron K. Cheng, OSB #142955
CHENG LAW, LLC

of Attorneys for Plaintiff

Page 4 – COMPLAINT

CHENG LAW, LLC
50 SW Pine Street, Suite 401
Portland, OR  97204
(971) 770-2053